IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AMITY S. JOHNSON,

    Plaintiff,

v.                                                        No. 1:23-cv-00224-LF

MITCHELL HAMLINE SCHOOL OF LAW,

    Defendant.

## MEMORANDUM OPINION AND ORDER
## TRANSFERRING CASE TO THE DISTRICT OF MINNESOTA

Plaintiff, who is proceeding *pro se*, currently resides in Santa Fe, New Mexico. Complaint at 1, Doc. 1, filed March 17, 2023. Defendant is a "corporation" in St. Paul, Minnesota. Complaint at 1. The only factual allegation in the Complaint is Plaintiff's statement of the background of her case: "Torture and murder of self, and family, and friends with career-ruining nightmares forever." Complaint at 2. Plaintiff seeks the following relief: "Career placement, back pay, retirement, benefits, and opportunities for advancement." Complaint at 5. The Complaint does not explain why the District of New Mexico is the proper venue for this case.

The statute governing venue in general states:

**Venue in general.**--A civil action may be brought in—

**(1)** a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;

**(2)** a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or

**(3)** if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

28 U.S.C. §1391(b).  "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."  28 U.S.C. § 1406(a).

The Court concludes that the District of New Mexico is not the proper venue for this case because Defendant does not reside in the District of New Mexico and there are no allegations that any of the events or omissions giving rise to Plaintiff's claims occurred in the District of New Mexico.  The Court transfers this case the District of Minnesota because Defendant resides in the District of Minnesota.

**IT IS ORDERED** that this case is **TRANSFERRED** to the District of Minnesota.

_____
Laura Fashing
United States Magistrate Judge